**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

Thanh Nam Le,
**Petitioner**

V.

CIVIL ACTION
NO. 26cv13485-IT

Antone Moniz, et al
**Respondents**

**ORDER OF DISMISSAL**
September 2, 2026

**TALWANI D.J.**,

In accordance with the Court's ELECTRONIC ORDER dated September 1, 2026, it is hereby ORDERED that this petition is DISMISSED and CLOSED.

By the Court,

**/s/Matthew A. Paine**

Deputy Clerk